

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Kinder Morgan SACROC, LP;           * From the 132nd District Court
Kinder Morgan CO2 Co., LP;             of Scurry County,
Kinder Morgan Production Co., LP;     Trial Court No. 26387.
and Kinder Morgan Production Co., LLC,

Vs. No. 11-19-00097-CV             * November 7, 2019

Scurry County; Snyder Independent     * Opinion by Bailey, C.J.
School District; Scurry County Junior       (Panel consists of: Bailey, C.J.,
College District d/b/a Western Texas      Stretcher, J., and Wright, S.C.J.,
College; and Scurry County Hospital       sitting by assignment)
District d/b/a Cogdell Memorial Hospital,   (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Kinder Morgan SACROC, LP; Kinder Morgan CO2 Co., LP; Kinder Morgan Production Co., LP.; and Kinder Morgan Production Co., LLC.